IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-00445-01-CR-W-SOW |
| | ) | |
| JOSHUA T. PAYNE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before this Court is the Report and Recommendation of United States Magistrate John T. Maughmer regarding defendant's Motion to Suppress Evidence With Suggestions (Doc. #26). The Report and Recommendation of the Magistrate in this case is both thorough and well-reasoned. This Court agrees with this recommendation and sees no reason to comment further. Accordingly, it is hereby

ORDERED that defendant's Motion to Suppress Evidence With Suggestions (Doc. #26) is denied.

_____/s/ Scott O. Wright_____
SCOTT O. WRIGHT
Senior United States District Judge

Dated: ___7/31/2006_____